IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01657-MSK-MJW

GEORGIA E. LEE,

Plaintiff(s),

v.

JENNIFER M. LOVELESS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order, DN 14, filed with the Court on November 17, 2008, is GRANTED. All parties shall designate experts on or before January 30, 2009, and the parties shall designate all rebuttal experts on or before March 3, 200<u>9</u>.

Date: November 24, 2008