IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01657-MSK-MJW

GEORGIA E. LEE,

Plaintiff(s),

v.

JENNIFER M. LOVELESS,

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that Defendant's Second Stipulated Motion to Amend the Scheduling Order (docket no. 26) is GRANTED finding good cause shown. The deadline to disclose experts is extended up to and including March 20, 2009. The deadline to disclose rebuttal experts is extended up to and including April 20, 2009. The parties shall set the Rule 35 Examination of the Plaintiff with Dr. Reichhardt, M.D. on or before February 25, 2009. The Rule 16 Scheduling Order (docket no. 10 ) is amended consistent with this minute order.

Date:  February 5, 2009